# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DR. JAMES STENHOUSE

VERSUS

LOUISIANA WOMEN'S HEALTHCARE
ASSOCIATES, L.L.C., ET. AL.

CONSOLIDATED WITH

DR. JAMES STENHOUSE

VERSUS

KIM SANGARI AND RICK
CAPDEVIELLE, ET. AL.

NO.  2025 CW 1199

**MARCH 09, 2026**

---

In Re:    Dr. James Stenhouse, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. C-715940 c/w C-716906.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT